SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEVEN M. HANLE shanle@sheppardmullin.com Cal. Bar No. 168876
ANDRE DE LA CRUZ adelcruz@sheppardmullin.com Cal. Bar No. 245175
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626
Telephone: 714-513-5100 / Facsimile: 714-513-5130

Attorneys for Plaintiff
IMAGINAL SYSTEMATICS, LLC

WILLIAM A. MOLINSKI wmolinski@orrick.com (Cal. Bar No. 145186)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: 213.612.2256 / Facsimile: 213.612.2499

MARK S. PARRIS mparris@orrick.com (Admitted *Pro Hac Vice*)
JEFFREY L. COX jcox@orrick.com (Admitted *Pro Hac Vice*)
PAUL F. RUGANI prugani@orrick.com (Admitted *Pro Hac Vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104
Telephone: 206.839.4300 / Facsimile: 206.839.4301

Attorneys for Defendants
LEGGETT & PLATT, INC. and SIMMONS BEDDING CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IMAGINAL SYSTEMATICS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LEGGETT & PLATT, INC.;<br>SIMMONS BEDDING COMPANY;<br>and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV13-05463 RGK (SSx)<br><br>**STIPULATION OF PARTIAL DISMISSAL WITH RESPECT TO CERTAIN CLAIMS**<br><br>Hon. R. Gary Klausner |

1     WHEREAS Plaintiff IMAGINAL SYSTEMATICS, LLC ("Imaginal") and Defendants LEGGETT & PLATT, INC. and SIMMONS BEDDING COMPANY (collectively "Defendants") entered into a confidential Settlement Agreement (the "Settlement Agreement") dated October 17, 2014;

    WHEREAS the Court granted summary judgment that the accused Auto TopOff machines that had not been redesigned ("Non-Redesigned ATO") infringed certain of Imaginal's patents (DE 195, the "Summary Judgment Order");

    WHEREAS the Court granted summary judgment that the Redesigned ATO machines (as described in the Summary Judgment Order) do not infringe the Imaginal patents;

    WHEREAS Imaginal has appealed certain aspects of the Summary Judgment Order, including the ruling that the Redesigned ATO machines do not infringe the Imaginal patents;

    WHEREAS, pursuant to the Settlement Agreement, the parties have resolved Imaginal's claims arising on or before September 26, 2014 with respect to the Non-Redesigned ATO machines;

    WHEREAS, pursuant to the Settlement Agreement, the parties have not resolved Imaginal's claims with respect to the Redesigned ATO machines or with respect to claims arising after September 26, 2014;

    THE PARTIES STIPULATE AS FOLLOWS pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

    (1) Those portions of Imaginal's claims against Defendants for patent infringement with respect to the Non-Redesigned ATO machines are dismissed with prejudice, but only to the extent they are based solely on acts or omissions on or before September 26, 2014. Nothing herein shall be deemed to affect any claims for patent infringement based, in whole or in part, on acts or omissions after September 26, 2014.

1    (2) This dismissal shall not apply to Imaginal's claims for patent infringement
2 with respect to the Redesigned ATO machines.
3    (3) Nothing herein affects the right of either Imaginal or Defendants to pursue
4 an appeal of the rulings in the Summary Judgment Order, including without
5 limitation, the Court's claim constructions, the Court's grant of summary judgment of
6 non-infringement with respect to the Redesigned ATO machines, the Court's denial
7 of summary judgment of infringement with respect to the Redesigned ATO machines,
8 and the Court's denial of summary judgment with respect to the royalty rate (only
9 insofar as it relates to the Redesigned ATO machines or acts or omissions after
10 September 26, 2014).
11    (4) The dismissal will not count as a previous dismissal under Fed. R. Civ. P.
12 41(a)(1)(B) or Fed. R. Civ. P. 41(d).

## ATTESTATION

All signatories listed, and on whose behalf the filing is submitted, concur to the filing's content and have authorized the filing.

Respectfully submitted,

Dated: October 17, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By ___*/s/ Steven M. Hanle*___
STEVEN M. HANLE
Attorneys for Plaintiff
IMAGINAL SYSTEMATICS, LLC

Dated: October 17, 2014

ORRICK HERRINGTON & SUTCLIFFE LLP

By ___/s/ *Jeffrey L. Cox*___
JEFFREY L. COX
Attorney for Defendants
LEGGETT & PLATT, INCORPORATED and
SIMMONS BEDDING COMPANY